UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br><div align="right">Plaintiff,</div><br>v.<br><br>DREAM HOME INVESTORS, INC., a Nevada corporation,<br><br><div align="right">Defendant.</div> | Case No.:  18cv75 JM (BLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER** |

The parties jointly move the court for an extension of time for Defendant Dream Home Investors, Inc. ("Defendant") to respond to the complaint. (Doc. No. 9.)  This is the parties' second such request.  The parties fail to address why they filed this joint motion the day <u>after</u> the deadline previously set by the court.  (<u>See</u> Doc. No. 8.)  Any further such request shall be made sufficiently in advance so as to avoid the risk of a denial resulting in default status.

///

///

Because the parties have tendered Defendant's defense and Plaintiff's claim to State Farm Insurance and are awaiting its response, the court grants the motion. Defendant has until ***Friday, April 27, 2018***, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

DATED: April 2, 2018

JEFFREY T. MILLER
United States District Judge